# MEMORANDUM DECISIONS.

AMERICAN MFG. CO. v. McMILLAN. (Circuit Court of Appeals, Fifth Circuit. May 28, 1901.) No. 1,044. In Error to the Circuit Court of the United States for the Eastern District of Louisiana. F. L. Richardson, for plaintiff in error. H. H. Hall, for defendant in error. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. The judgment of the circuit court is affirmed.

BOARD OF COM'RS OF LAKE COUNTY v. KEENE FIVE CENTS SAV. BANK. (Circuit Court of Appeals, Eighth Circuit. October 21, 1901.) No. 1,441. In Error to the Circuit Court of the United States for the District of Colorado. No opinion. Application for writ of certiorari. See 108 Fed. 505, and 110 Fed. 79.

CHICAGO G. W. RY. CO. v. WATTS. (Circuit Court of Appeals, Eighth Circuit. September 23, 1901.) No. 1,576. In Error to the Circuit Court of the United States for the District of Minnesota. Dan W. Lawler, for plaintiff in error. Percy D. Godfrey, for defendant in error. Dismissed, without costs to either party in this court, as per stipulation of parties.

CHRISTIE et al. v. DAVIS COAL & COKE CO. (Circuit Court of Appeals, Second Circuit. August 22, 1901.) No. 153. Appeal from the District Court of the United States for the Southern District of New York. Harrington Putnam, for appellants. J. Parker Kirlin, for appellee. Before WALLACE, LACOMBE, and SHIPMAN, Circuit Judges.

PER CURIAM. Affirmed on opinion of court below. 95 Fed. 837.

CROWN POINT MIN. CO. v. ONTARIO SILVER MIN. CO. (Circuit Court of Appeals, Eighth Circuit. September 23, 1901.) No. 1,564. In Error to the Circuit Court of the United States for the District of Utah. Arthur Brown and Frederick T. McGurrin, for plaintiff in error. George Sutherland and Wilson I. Snyder, for defendant in error. Dismissed, without costs to either party in this court, as per stipulation of the parties.

FIRST NAT. BANK OF PEMBINA et al. v. EMMERLING. (Circuit Court of Appeals, Eighth Circuit. September 23, 1901.) No. 1,560. In Error to the Circuit Court of the United States for the District of North Dakota. J. M. Cochrane and Guy C. H. Corliss, for plaintiffs in error. Tracy R. Bangs, for defendant in error. Dismissed, without costs to either party in this court, as per stipulation of parties.

FISH BROS. WAGON CO. v. LAKE. (Circuit Court of Appeals, Eighth Circuit. September 23, 1901.) No. 1,595. Appeal from the District Court of the United States for the Western District of Arkansas. John N. Cook, for appellant. W. H. Arnold, for appellee. Dismissed, with costs, on motion of the appellant and by consent of the appellee.